IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PAUL NICHOLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:07CV00049 |
| NANCY P. QUINN, | ) ) ) | |
| Defendant. | ) | |

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Paul Nichols has submitted a *pro se* complaint and requested that he be permitted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). In his complaint, Nichols alleges that Defendant committed legal malpractice and violated his civil rights, and seeks damages for emotional distress.

In *Neitzke v. Williams*, 490 U.S. 319 (1989), the United States Supreme Court held that a district court may dismiss the complaint of a *pro se* litigant under 28 U.S.C. § 1915(e)(2)(B) when the complaint lacks "an arguable basis either in law or fact." *Id*. at 325. *Neitzke* explained that "[§ 1915(e)(2)(B)] accords judges not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." *Id*. at 327. Additionally, under *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992), a court may dismiss as frivolous *in forma pauperis*

complaints whose factual allegations are fanciful, fantastic, delusional, irrational, or wholly incredible, but not those which are simply unlikely.

The Court concludes that Plaintiff Nichols' complaint is subject to dismissal under *Neitzke*. Even under the liberal standard with which the Court reviews *pro se* complaints, the Court finds no basis for federal jurisdiction. *Lovern v. Edwards*, 190 F.3d 648, 654 (4th Cir. 1999)(mere assertion of federal claim is insufficient to obtain jurisdiction; plaintiff must show a "substantial" federal question). Plaintiff's allegations concerning the actions of his private attorney do not raise a "substantial" federal question. There is no basis for diversity of citizenship jurisdiction because both Plaintiff and Defendant are citizens of North Carolina.

For the reasons set forth above, **IT IS RECOMMENDED** that Plaintiff's complaint be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this order, and the Clerk shall withhold issuance of summons.

/s/ P. Trevor Sharp<br>
United States Magistrate Judge

Date: February 6, 2007