IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PAUL NICHOLS,                    )
                                 )
    Plaintiff,                   )
                                 )
v.                               )     1:07CV00049
                                 )
NANCY P. QUINN,                  )
                                 )
    Defendant.                   )

ORDER AND JUDGMENT

OSTEEN, District Judge

In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Plaintiff's complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed a timely objection to the Recommendation.

This court has conducted a review of the file and has determined that the Recommendation of the Magistrate Judge is appropriate and should be adopted.

For the reasons set forth in the Magistrate Judge's Recommendation of February 6, 2007,

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and this action is dismissed.

This the 17th day of April 2007.

                                        /s/ William L. Osteen
                                        United States District Judge